UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————x
                                              :
AMERICAN FEDERATION OF MUSICIANS              :
OF THE UNITED STATES AND CANADA,              :
                                              :
          Plaintiff,                          :
                                              :
          v.                                  :   Case No. 1:26-cv-04760-ER
                                              :
WARNER RECORDS, INC.,                         :   **ORAL ARGUMENT REQUESTED**
ATLANTIC RECORDING CORP., and                 :
UNIVERSAL MUSIC GROUP, INC.,                  :
                                              :
                                              :
          Defendants.                         :
—————————————————————————————x

### NOTICE OF DEFENDANT UNIVERSAL MUSIC GROUP, INC.'S
### MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law dated

August 5, 2026; the Declaration of Ilissa Samplin dated August 5, 2026, and all exhibit(s) attached

thereto; and upon all prior proceedings herein, the undersigned, attorneys for Defendant Universal

Music Group, Inc., respectfully move this Court before the Honorable Edgardo Ramos, United

States District Judge, in Courtroom 619, Thurgood Marshall Courthouse, 40 Foley Square, New

York, New York, at a time and date to be determined by the Court, for an order dismissing the

Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for such other relief

as the Court deems just and proper.

1

Dated: August 5, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Orin Snyder
Orin Snyder
Brian Ascher
Lefteri J. Christos
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
OSnyder@gibsondunn.com
BAscher@gibsondunn.com
LChristos@gibsondunn.com

Ilissa Samplin
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7354
ISamplin@gibsondunn.com

*Counsel for Defendant*
*Universal Music Group, Inc.*