# GIBSON DUNN

Orin Snyder
Partner
T: +1 212.351.2400
osnyder@gibsondunn.com

August 5, 2026

VIA ECF

The Honorable Edgardo Ramos
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *American Federation of Musicians of the United States and Canada v. Warner Records, Inc., et al.*, No. 1:26-cv-04760 (S.D.N.Y.)

Dear Judge Ramos:

On behalf of Defendant Universal Music Group, Inc., we respectfully write pursuant to Section 2.D of this Court's Individual Practices. Today, we filed a motion to dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion") that the Court granted leave to file at the pre-motion conference on July 21, 2026. *See* Minute Entry of July 21, 2026. The Motion will be fully briefed on September 11. *Id.*

We respectfully request that the Court schedule oral argument on the Motion as soon as convenient after September 11.

We thank the Court for its consideration.

Respectfully,

Orin Snyder

cc:    All counsel of record (via ECF)