**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA,,

Plaintiffs,

-against-

WARNER RECORDS, INC., ATLANTIC RECORDING CORP., and UNIVERSAL MUSIC GROUP, INC.,

Defendants.

Civil Action No. 1:26-cv-04760-ER

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs American Federation of Musicians of The United States and Canada voluntarily dismiss this action without prejudice, **strictly and only** as to Defendant WARNER MUSIC GROUP CORP.

Dated: New York, New York
August 19, 2026

*/s/ Eyad Asad*
Eyad Asad
COHEN WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022
Telephone: 212.356-0249

Attorneys for Plaintiffs

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 20, 2026
New York, New York